FILED
CLERK, U.S. DISTRICT COURT

NOV 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 13-720 -BRO |
| Plaintiff, | ) ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) ) | (Fed.R.Crim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) |
| Charles Mason Whitley, | ) ) | Allegations of Violations of Probation/Supervised Release |
| Defendant. | ) ) ) | Conditions) |

On arrest warrant issued by the United States District Court for

the _____CDCA_____ involving alleged violations of

conditions of probation/supervised release:

    1.    The court finds that no condition or combination of

          conditions will reasonably assure:

          A.    (✓) the appearance of defendant as required; and/or

          B.    (✓) the safety of any person or the community.

///
///
///
///
///

2.   The Court concludes:

A.   ( ✓ )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B.   ( ✓ )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _____

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: ___11/15/13_____

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2